WR-38,198-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/28/2015 3:30:50 PM
Accepted 9/29/2015 8:16:00 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
IN AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/29/2015
ABEL ACOSTA, CLERK

_____ )
)
EX PARTE JULIUS MURPHY, )
) WRIT NO. WR-38,198-04
APPLICANT )
)
_____ )

## MOTION OF RESIDENT ATTORNEY SARAH M. CUMMINGS REQUESTING ADMISSION *PRO HAC VICE* OF NONRESIDENT ATTORNEY E. DESMOND HOGAN

COMES NOW, Resident Practicing Attorney Sarah M. Cummings of Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201, and hereby moves for the admission *pro hac vice* of E. Desmond Hogan ("Nonresident Attorney") in the captioned proceeding as counsel for Applicant, Julius Murphy. The undersigned represents to this honorable Court that Nonresident Attorney is a reputable attorney and recommends that he be granted permission to participate in the above-captioned matter before the Court.

SIGNED this 28th day of September, 2015.

- 1 -

Respectfully submitted,

*/s/ Sarah M. Cummings*

SARAH M. CUMMINGS
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel: 214.855.8000
Fax: 214.855.8200
Texas Bar No.: 24094609
Sarah.cummings@nortonrosefulbright.com

*Counsel for Julius Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2015, I served via Federal Express a true and correct copy of the foregoing pleading upon opposing counsel:

Jerry D. Rochelle
Bowie County District Attorney
Bowie County Plaza
601 Main Street
Texarkana, TX 75501

Jefferson Clendenin
Assistant Attorney General
Office of the Attorney General of Texas
300 W. 15th Street
Austin, Texas 78701

*/s/ Sarah M. Cummings*
Sarah M. Cummings